# IN THE SUPREME COURT OF THE STATE OF NEVADA

TYREN ALEXANDER JOHNSON,
                Appellant,

vs.

THE STATE OF NEVADA,
                Respondent.

No. 74771

FILED

MAR 0 6 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Tierra Danielle Jones, Judge.

On December 20, 2017, appellant filed a notice of appeal. The notice of appeal does not specifically identify any judgments of the district court. To the extent that appellant appeals from a postconviction petition for a writ of habeas corpus, review of the district court docket entries indicate that no petition was filed in district court case number C323726. To the extent that appellant appeals from the judgment of conviction entered on August 9, 2017, the notice of appeal was untimely filed. "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State,* 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
    Cherry

_____, J.
    Parraguirre

_____, J.
    Stiglich

SUPREME COURT
OF
NEVADA

(O) 1947A

18-08849

cc: Hon. Tierra Danielle Jones, District Judge
Tyren Alexander Johnson
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

